NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RODNEY JONES,
*Petitioner,*

v.

MERIT SYSTEMS PROTECTION BOARD,
*Respondent.*

2012-3085

Petition for review of the Merit Systems Protection Board in case no. CH4324101024-I-1.

## ON MOTION

## ORDER

The Merit Systems Protection Board moves out of time for an extension of time, until May 11, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The Board's response brief is due on or before May 11, 2012.

FOR THE COURT

APR 1 8 2012
_____
Date

cc:  Rodney Jones
     Sara B. Rearden, Esq.

s21

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2012

JAN HORBALY
CLERK